IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1)   MELVALENA GRANT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-24-1209-R |
| | ) | |
| (1)   GAIL NASH, et al., | ) | |
| | ) | |
| Respondent. | ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO DEFENDANT'S MOTION TO DISMISS AND BRIEF IN SUPPORT OF DEFENDANT TED KLEBER**

COMES NOW Plaintiff, MELVALENA GRANT, by and through her attorney, Ronald "Skip" Kelly, and moves the Court grant an extension of time to file a reply to Defendant Major Ted Kleber's Motion to Dismiss. In support of this request for relief, the Plaintiff states as follows:

1. This suit arises from an investigation and search that occurred seven years ago, two subsequent arrests of the Plaintiff.

2. The Defendant Major Ted Kleberhas filed a Motion to Dismiss [Doc. No.8] on March 14, 2025.

3. The undersigned has been in a 3-week trial out of state.

4. The Plaintiff hereby requests an extension of time to file a reply to Defendant's Motion to Dismiss. [Doc. No. 7] by April 21, 2025.

Respectfully submitted,

/s/ RONALD "SKIP" KELLY
RONALD "SKIP" KELLY, OBA # 4976
205 NW 63rd St., Ste. 150
Oklahoma City, OK 73116
Phone: (405) 235-1976
Fax: (405) 286-6316
Email: kellyron01@yahoo.com
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I certify that on the 14th day of April, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and the transmittal of a Notice of Electronic Filing to all counsel who have entered an appearance in this action.

/s/ RONALD "SKIP" KELLY
RONALD "SKIP" KELLY